# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| SHERRELL DOWDELL-MCELHANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 4:20-CV-00289-CDL |
| GLOBAL PAYMENTS INC. AND TOTAL SYSTEM SERVICES, INC./TSYS | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above-styled action is presently before the Court on the Defendant's Consent Motion to Substitute Party. After careful consideration and for good cause shown, the Consent Motion is granted and Total System Services, LLC will be substituted for Total System Services, Inc.

**SO ORDERED** this 9th day of June, 2021.

                                               S/Clay D. Land
                                               Honorable Clay D. Land
                                               United States District Judge