IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SHERRELL DOWDELL-McELHANEY,, | * |
| Plaintiff, | * |
| v. | Case No. 4:20-cv-289 (CDL) |
| | * |
| GLOBAL PAYMENTS, INC. and TOTAL SYSTEMS SERVICES, LLC, | * |
| Defendants. | * |

# J U D G M E N T

Pursuant to this Court's Orders dated March 8, 2022 and January 11, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 11th day of January 2023.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk